DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KEVIN RUBINO (CABN 255677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7291
    FAX: (415) 436-7234
    Kevin.Rubino@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 21-MJ-70136-MAG |
| Plaintiff, | |
| v. | [PROPOSED] DETENTION ORDER |
| JAMES PHILIP NALUS, | |
| Defendant. | |

    On January 25, 2021, defendant James Philip Nalus was charged by complaint with being a felon in possession of a firearm, in violation of Title 18 United States Code, section 922(g)(1). On that same date, he was charged in a separate complaint with bank fraud, in violation of Title 18 United State Code, section 1344, which is docketed at 21-MJ-70137-MAG.

    This matter came before the Court on February 19, 2021, for a detention hearing. The defendant was present and represented by Assistant Federal Public Defender Elisse Larouche. Assistant United States Attorney Kevin Rubino appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

    Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by clear and convincing evidence that no condition or combination of

conditions will reasonably assure the safety of any other person or the community. The Court further finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the person as required. Accordingly, the defendant must be detained pending trial in this matter.

The present order serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or to file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: February 19, 2021

_____
HONORABLE LAUREL BEELER
United States Magistrate Judge